**KRONENBERGER ROSENFELD, LLP**
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
Andrew M. Keyes (Bar No. 372549)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
jeff@kr.law
leah@kr.law
andrew@kr.law

Attorneys for Applicant
Chau Kwan Fei

KRONENBERGER ROSENFELD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Application of**<br><br>**Chau Kwan Fei,**<br><br>**Applicant,**<br><br>**For an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings** | Case No. 5:26-mc-80291<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782** |

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at Kronenberger Rosenfeld, LLP, counsel of record for Applicant Chau Kwan Fei in this matter. I make this declaration in support of Applicant's Application for an Order to Take Discovery Pursuant to 28 U.S.C. §1782. The facts stated herein are within my personal knowledge, and if called as a witness I could and would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of the post published from the X account @AsiaFinance on May 15, 2026, which a member of my staff acting at my direction captured on July 27, 2026, from https://x.com/AsiaFinance/status/2055223318001684764.

3. Attached hereto as **Exhibit A(1)** is a true and correct certified English translation of **Exhibit A**, accompanied by the translator's certification.

4. As of July 27, 2026, the Post displayed approximately 96,400 views, 203 likes, 42 reposts, 120 bookmarks, and two replies.

5. I have reviewed the public profile of the @AsiaFinance account. The profile does not disclose the name, address, or other identifying information of the natural person or entity that operates it.

6. I was not able to identify the author of **Exhibit A** through internet searches.

7. Attached hereto as **Exhibit B** is a true and correct copy of the 2026 Statement of Information bearing File No. BA20260888107, filed with the California Secretary of State on April 23, 2026, which lists X Corp.'s current principal place of business and current mailing address as 1450 Page Mill Road, Palo Alto, California 94304.

8. Attached hereto as **Exhibit C** is a true and correct copy of the X Terms of Service in effect on January 15, 2026, which confirms that X Corp. is the owner and operator of the X social media platform.



KRONENBERGER ROSENFELD

9. Attached hereto as **Exhibit D** is a true and correct copy of the X Privacy Policy in effect on January 15, 2026, which describes the categories of account and log information X Corp. collects and retains.

10. Attached hereto as **Exhibit E** is a true and correct copy of X Corp.'s published guidelines for law enforcement and civil legal process, which confirm that X Corp. responds to valid United States legal process seeking account information.

11. I have conducted research on the issue of whether X. Corp's X (f/k/a Twitter) social media service is available in the People's Republic of China ("PRC"). The articles I found in my research consistently stated that X is officially blocked in the PRC and cannot be lawfully accessed there. A compilation of the research articles that I reviewed for this factual issue are attached hereto as **Exhibit F**.

12. Applicant's proposed Subpoena seeks only non-content account records concerning a single account. If X Corp. contends that compliance would impose an undue burden, I will meet and confer with X Corp. to narrow or streamline the requests.

13. Upon filing of this miscellaneous action and the instant application, it is my intent, as counsel for Applicant, to provide X Corp. with notice of the application and a copy of the draft proposed subpoena through X Corp.'s registered agent, and via email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2026, at Irvine, California.

Jeff Rosenfeld

Jeffrey M. Rosenfeld

KRONENBERGER ROSENFELD

# EXHIBIT A

## Post

**Asia Finance**
@AsiaFinance

At the state banquet, the center seat was a Hunan woman named Zhou Qunfei. To her left was Apple CEO Tim Cook, and to her right was Tesla CEO Elon Musk. Official version: In 1993, at age 22, she took 20,000 yuan and opened a factory in a three-bedroom apartment in Shenzhen. However, AI is just a 2.0 version of the search engine. The truth version: Zhou Qunfei did not start from scratch; she has served as the mistress of Yang Dacheng, the boss of AusAsia Optics, the second boss's wife, and the legitimate boss's wife. Not long after becoming the official wife, she persuaded her husband to start a new company for her. Shortly after its establishment, it recruited the vast majority of the mid-to-senior management of the original factory and all its customers. Lens Technology is known as a "mistress concept stock." Currently, the listed company of this female richest person has also started to lose money.




9:46 AM · May 15, 2026 · **96.4K** Views

2 42 203 120

## Join the conversation

**Read 2 more replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# EXHIBIT A(1)

亚洲金融 Asia Finance
@AsiaFinance

国宴上，C位坐着的湖南女人，叫周群飞，她左边是苹果CEO库克，右边是特斯拉CEO马斯克。官方版本：1993年22岁的她拿着2万元，在深圳3居室开了厂。然而，AI只不过是搜索引擎2.0版本。真相版本：周群飞不是白手起家：她历任澳亚光学老板杨达成的小三、二老板娘、正牌老板娘。做正室后不久，说服老公为她新开一家公司。成立不久，挖了原工厂绝大多数中高层，及全部客户。蓝思科技被称为"小三概念股"。目前，这位女首富的上市公司也开始亏钱。




上次编辑 下午5:46 · 2026年5月15日 · 8.9万 查看

2 42 200 129

Asia Finance

At the state banquet, the woman from Hunan seated in the place of honor is Zhou Qunfei. To her left is Apple CEO Tim Cook, and to her right is Tesla CEO Elon Musk. The official version: In 1993, at the age of 22, she started a factory in a three-bedroom apartment in Shenzhen with RMB 20,000. However, AI is little more than "Search Engine 2.0." The purported "true version": Zhou Qunfei did not start from scratch. The post claims that she went from being the mistress of Yang Dacheng, the owner of Aoya Optical, to being his unofficial second wife, and eventually his lawful wife. Not long after becoming his wife, she persuaded her husband to set up a new company for her. Soon after the company was established, she allegedly poached most of the mid- and senior-level managers from the original factory, along with all of its customers. Lens Technology was subsequently dubbed the "mistress stock." Now, the publicly listed company controlled by this woman once hailed as China's richest woman has also begun posting losses.

Last edited at 5:46 PM · May 15, 2026 · 89K views

LOCATRAN TRANSLATIONS LTD 上海瑞科翻译有限公司

LOCATRAN TRANSLATIONS LTD 上海瑞科翻译有限公司 翻译专用章 CERTIFIED TRANSLATION

# CERTIFICATION OF TRANSLATION ACCURACY

**Re:** English translation of the post published on the X (formerly Twitter) platform by the account bearing the display name "Asia Finance" and handle @AsiaFinance, available at *https://x.com/AsiaFinance/status/2055223318001684764* (the "Post"), attached as Exhibit Ato the Declaration of Jeffrey M. Rosenfeld filed in support of the Application for Order to Take Discovery Pursuant to 28 U.S.C. §1782, In re Application of Chau Kwan Fei.

I, ZHANG YANQIN (张艳琴), declare as follows:

1. I am fluent in, and competent to translate between, the Chinese (Mandarin) and English languages. I hold a Level II Translator (二级笔译) qualification for English, Certificate No. 12096124130320906, issued under the Qualification Certificate of Translation Proficiency program administered by the Ministry of Human Resources and Social Security of the People's Republic of China and authorized by the China Foreign Languages Publishing & Distribution Administration. A true and correct copy of my certificate is attached to this Certification as Attachment 1.

2. I personally translated the Post from Chinese into English. The Post, together with my English translation, is reproduced at Exhibit A to the Declaration of Jeffrey M. Rosenfeld.

3. I have translated the Post to the best of my knowledge, skill, and ability. The English translation attached as Exhibit A(1) is a true, accurate, and complete translation of the original Chinese-language text of the Post.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Aug. 20, 2026, at Shanghai, People's Republic of China.

Zhang Yanqin 张艳琴

ZHANG YANQIN (张艳琴)

Attachment 1: Qualification Certificate of Translation Proficiency, No. 12096124130320906 (Ministry of Human Resources and Social Security, PRC)

LOCATRAN TRANSLATIONS LTD 上海瑞科翻译有限公司


中华人民共和国
翻译专业
资格（水平）证书
Qualification Certificate
of Translation Proficiency
The People's Republic of China
LOCATRAN TRANSLATIONS LTD

本证书由中华人民共和国人力资源和社会保障部批准颁发。它表明持证人通过国家统一组织的考试，取得相应语种、级别的翻译专业资格（水平）。

This is to certify that the bearer of the Certificate has passed national examination organized by the Chinese government departments and has obtained qualifications for being an interpreter/translator of the level and language indicated in this Certificate.

中华人民共和国人力资源和社会保障部

approved & authorized

By

Ministry of Human Resources and Social Security

The People's Republic of China

LOCATRAN TRANSLATIONS LTD 上海瑞科翻译有限公司



持证人签名：

Signature of the Bearer

编号：

No. 10004378

# EXHIBIT B

BA20260888107

B4619-5487 04/22/2026 12:46 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20260888107
Date Filed: 4/22/2026

Entity Details

| | |
|---|---|
| Corporation Name | X Corp. doing business in California as, X Corp., a Nevada Corporation |
| Entity No. | 5616182 |
| Formed In | NEVADA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 1450 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 1450 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 1450 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ▪ Elon Musk | 1450 PAGE MILL ROAD<br>PALO ALTO, CA 94304 | Chief Executive Officer, Chief Financial Officer, Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | UNITED AGENT GROUP INC.<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | The purpose is to operate an online platform offering information services. |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B4619-5488 04/22/2026 12:46 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Theresa Fagan, Special Secretary* | *04/22/2026* |
| Signature | Date |

# EXHIBIT C

Skip to main content

Terms of Service

- Terms of Service Archive (https://twitter.com/tos/previous)

Download PDF (https://legal.x.com/content/dam/legal-twitter/site-assets/x-terms-of-service-2026-04-10/en/x-terms-of-service-2026-04-10.pdf)

# Terms of Service

**X's Terms of Service for users outside the European Union, EFTA States, or the United Kingdom (including in the United States) have been updated. X's Terms of Service for users in the European Union, EFTA States or the United Kingdom remain unchanged.**

# Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement – a legally binding contract governing your relationship with X. **You should read these Terms in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.

- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with the User Agreement, including all applicable policies and rules, and all applicable laws.

- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services without X's express written permission, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.

- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. Certain jurisdictions, including the European Union and the United Kingdom, also impose obligations on X to enforce against not only illegal content but also categories of content deemed by law to be "harmful" or "unsafe." As a result, your Content or account may be subject to restrictions in those jurisdictions. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.

- **There are intellectual property licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful Content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.

- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Depending on your country of residence, we may not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been displayed on the Services in an unauthorized manner that constitutes copyright infringement, the reporting process is detailed in these Terms.

  - **If you are a recipient of the X Service in the United Kingdom,** you may challenge enforcement actions (such as Content removal or account suspension) that breach these Terms by filing a complaint through our internal complaints process or by bringing a claim in a competent court, as provided under the Online Safety Act 2023. You can find details on how to file a complaint here (https://help.x.com/rules-and-policies/uk-resources).

  - **If you are a recipient of the X Service in the European Union,** you may challenge certain decisions we make under the Digital Services Act (Regulation (EU) 2022/2065) via our internal process or via out-of-court dispute settlement as described here (https://help.x.com/rules-and-policies/digital-services-act).

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy (https://x.com/privacy)) as well as other terms applicable to your use of the Services and your Content. Finally, these Terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service (https://x.com/tos), our Privacy Policy (https://x.com/privacy), our Rules and Policies (https://help.x.com/rules-and-policies), and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service (https://x.com/tos#intlTerms), our Privacy Policy (https://x.com/privacy), our Rules and Policies (https://help.x.com/rules-and-policies), and all incorporated policies.

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service (“Terms”) govern your relationship with us and your and other users’ access to and use of, and anything otherwise relating to, our or our corporate affiliates’ services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)) that link to these Terms (collectively, the “Services”), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as “Content”). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services, with its registered office at 865 FM 1209, Building 2, Bastrop, TX 78602 U.S.A. The words “we,” “us,” and “our” mean X Corp.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words “you” and “your” as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) (https://x.com/privacy (https://www.x.com/privacy)) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party's or our affiliates' services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content, including anything referenced therein, is the sole responsibility of the person who posted, generated, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies (https://help.x.com/rules-and-policies), https://help.x.com/rules-and-policies/x-report-violation#specific-violations (https://help.x.com/rules-and-policies/x-report-violation#specific-violations), and https://help.x.com/managing-your-account/suspended-x-accounts (https://help.x.com/managing-your-account/suspended-x-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi (https://help.x.com/forms/ipi)) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi (https://help.x.com/forms/ipi)
Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to (i) analyze text and other information you provide and to otherwise provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies (https://help.x.com/rules-and-policies), which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services

only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies (https://help.x.com/rules-and-policies) or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here (https://help.x.com/rules-and-policies/enforcement-options).

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://x.com/privacy).

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms) (https://legal.x.com/purchaser-terms (https://legal.x.com/purchaser-terms)).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites) (https://developer.x.com/docs/x-for-websites (https://developer.x.com/docs/x-for-websites)), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards) (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards)), Public API (https://developer.x.com/docs) (https://developer.x.com/docs (https://developer.x.com/docs)), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x) (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x)), you agree to our Developer

Agreement (https://developer.x.com/developer-terms/agreement) (https://developer.x.com/developer-terms/agreement (https://developer.x.com/developer-terms/agreement)) and Developer Policy (https://developer.x.com/developer-terms/policy) (https://developer.x.com/developer-terms/policy (https://developer.x.com/developer-terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms (https://developer.x.com/developer-terms). Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x) (https://hackerone.com/x (https://hackerone.com/x)). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms) (https://ads.x.com/terms (https://ads.x.com/terms)).

# Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X’s express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title,

and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy (https://help.x.com/rules-and-policies/platform-manipulation) or any other Rules and Policies (https://help.x.com/rules-and-policies), including our Misuse of Reporting Features Policy (https://help.x.com/rules-and-policies/misuse-of-reporting-features); or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account (https://help.x.com/managing-your-account/how-to-deactivate-x-account)for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies (https://help.x.com/rules-and-policies), (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals) (https://help.x.com/forms/account-access/appeals (https://help.x.com/forms/account-access/appeals)). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "X Entities" refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

## Limitation of Liability

NOTWITHSTANDING ANY OTHER TERMS TO THE CONTRARY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, RELIANCE OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES,

RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY USER OR THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. IN THE EVENT ANY PORTION OF THESE LIMITATION OF LIABILITY PROVISIONS IS DEEMED UNENFORCEABLE AS A MATTER OF LAW, THAT LIMITATION SHALL INSTEAD BE THE GREATEST LIMITATION PERMITTED BY LAW.

BY AGREEING TO THESE TERMS OR USING THE SERVICES, YOU AGREE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THAT THE X ENTITIES ARE NOT RESPONSIBLE OR LIABLE TO YOU OR OTHERS FOR THE ACTIONS OR CONDUCT OF USERS AND THIRD PARTIES ON THE SERVICES, OR FOR ANY CONTENT USERS AND THIRD PARTIES SHARE ON THE SERVICES, INCLUDING OFFENSIVE, DEFAMATORY, ILLEGAL OR OTHER OBJECTIONABLE CONTENT.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - $15,000 USD per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or other equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos (https://x.com/tos), will govern our relationship with you. We will try to notify you of material revisions, for example via a service

notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. Notwithstanding any other agreement to the contrary, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Services or the complete or partial termination thereof — shall be brought and must proceed exclusively in the federal or state courts located in Wichita County or Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our U.S. corporate affiliates, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of Texas (excluding choice of law).

You and X agree that you must initiate any proceeding or action asserting a federal claim within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. You and X agree that you must initiate any proceeding or action asserting a state law claim within two (2) years of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us (https://help.x.com/forms).

**Effective:** April 10, 2026

Archive of Previous Terms (https://x.com/tos/previous)

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your relationship with us and your and other users' access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Internet Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean X Internet Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words “you” and “your” as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) (https://x.com/privacy (https://www.x.com/privacy)) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party’s or affiliates’ services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. Content recommendations are made based on a combination of factors: how you engage with the Services, the topics you have indicated that you are interested in, and likes of other users with your similar interests. Adjustments can be made in your settings, and additional information can be found in our Help Center (https://help.x.com/resources/recommender-systems (https://help.x.com/resources/recommender-systems)). All Content, including anything referenced therein, is the sole responsibility of the person who posted, generate, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies (https://help.x.com/rules-and-policies), https://help.x.com/rules-and-policies/x-report-violation (https://help.x.com/rules-and-policies/x-report-violation), and https://help.x.com/managing-your-account/suspended-x-accounts (https://help.x.com/managing-your-account/suspended-x-accounts)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi (https://help.x.com/forms/ipi)) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi (https://help.x.com/forms/ipi)
Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to (i) provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the

Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies (https://help.x.com/rules-and-policies), which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies (https://help.x.com/rules-and-policies) or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here (https://help.x.com/rules-and-policies/enforcement-options).

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies (https://help.x.com/rules-and-policies) or third parties' intellectual property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy (https://x.com/privacy).

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms) (https://legal.x.com/purchaser-terms (https://legal.x.com/purchaser-terms)).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites) (https://developer.x.com/docs/x-for-websites (https://developer.x.com/docs/x-for-websites)), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards) (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card)), Public API (https://developer.x.com/docs) (https://developer.x.com/docs (https://developer.x.com/docs)), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x) (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x)), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement)(https://developer.x.com/developer-terms/agreement (https://developer.x.com/developer-terms/agreement)) and Developer Policy (https://developer.x.com/developer-terms/policy) (https://developer.x.com/developer-terms/policy (https://developer.x.com/developer-terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms (https://developer.x.com/developer-terms). Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x) (https://hackerone.com/x (https://hackerone.com/x)). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms) (https://ads.x.com/terms (https://ads.x.com/terms)).

# Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the

vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy (https://help.x.com/rules-and-policies/platform-manipulation) or any other Rules and Policies (https://help.x.com/rules-and-policies), including our Misuse of Reporting Features Policy (https://help.x.com/rules-and-policies/misuse-of-reporting-features); or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account (https://help.x.com/managing-your-account/how-to-deactivate-x-account) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies (https://help.x.com/rules-and-policies); (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 (“Misuse of the Services”). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals) (https://help.x.com/forms/account-access/appeals (https://help.x.com/forms/account-access/appeals)). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that X Internet Unlimited Company, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - €15,000 EUR per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos (https://x.com/tos), will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Services or the complete and partial termination thereof — shall be brought and must proceed exclusively before a competent court in Ireland without regard to conflict of law provisions and will be governed by Irish law, notwithstanding any other agreement between you and us to the contrary. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our corporate affiliates based in the European Union, EFTA States, or the United Kingdom, who are intended third-party beneficiaries of this

paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

You and X agree that you must initiate any proceeding or action within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us (https://help.x.com/forms).

**Effective:** January 15, 2026

Archive of Previous Terms (https://x.com/tos/previous)

© 2026 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)
Privacy (https://x.com/privacy)
Terms and conditions (https://x.com/tos)
English

Terms of Service (https://x.com/en/tos)

- English (https://x.com/en/tos)
- Bahasa Indonesia (https://x.com/id/tos)
- Español (https://x.com/es/tos)
- Français (https://x.com/fr/tos)
- Deutsch (https://x.com/de/tos)
- Italiano (https://x.com/it/tos)
- 日本語 (https://x.com/ja/tos)
- 한국어 (https://x.com/ko/tos)
- Português (https://x.com/pt/tos)
- Русский (https://x.com/ru/tos)
- Slovenčina (https://x.com/sk/tos)
- Български (https://x.com/bg/tos)
- Čeština (https://x.com/cs/tos)
- Dansk (https://x.com/da/tos)
- Ελληνικά (https://x.com/el/tos)
- Eesti (https://x.com/et/tos)
- Suomi (https://x.com/fi/tos)
- Gaeilge (https://x.com/ga/tos)
- Hrvatski (https://x.com/hr/tos)
- Magyar (https://x.com/hu/tos)
- Lietuvių (https://x.com/lt/tos)
- Latviešu (https://x.com/lv/tos)
- Malti (https://x.com/mt/tos)
- Nederlands (https://x.com/nl/tos)
- Polski (https://x.com/pl/tos)
- Română (https://x.com/ro/tos)
- Slovenščina (https://x.com/sl/tos)
- Svenska (https://x.com/sv/tos)
- العربية (https://x.com/ar/tos)
- فارسی (https://x.com/fa/tos)
- Հայերեն (https://x.com/hy/tos)
- ខ្មែរ (https://x.com/km/tos)
- Tagalog (https://x.com/tl/tos)
- Tiếng Việt (https://x.com/vi/tos)
- 简体中文 (https://x.com/zh-cn/tos)
- 繁體中文 (https://x.com/zh-tw/tos)
- Lus Hmoob (https://x.com/hmn/tos)

# EXHIBIT D

Skip to main content

Privacy Policy

- Privacy Settings (https://twitter.com/settings/privacy_and_safety)
- Privacy Center (https://privacy.x.com)
- Help Center (https://help.twitter.com)
- Policy Archive (https://twitter.com/privacy/previous)

Download PDF

# X Privacy Policy

**Effective: January 15, 2026**

# Before you scroll, read this

It's really hard to make everyone happy with a Privacy Policy. Most people who use X want something short and easy to understand. While we wish we could fit everything you need to know into a post, our regulators ask us to meet our legal obligations by describing them all in a lot of detail.

With that in mind, we've written our Privacy Policy as simply as possible to empower you to make informed decisions when you use X by making sure you understand and have control over the information we collect, how it's used, and when it's shared.

So if you skip reading every word of the Privacy Policy, at least know this:

**X is a public platform**

**Learn what's viewable & searchable**

**We collect some data about you**

**Learn what we collect & how**

**Affiliate services may have their own policies**

**Learn about affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)**

**We use your data to make X better**

**Learn how we make your info work**

**You can control your experience**

**Learn how to update your settings (https://x.com/settings/account)**

**If you have questions about how we use data, just ask**

**Learn how to contact us**

Privacy Policy

# 1. Information We Collect

The information we collect when you use X falls into three categories.

**1.1 Information you provide us.**

To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

- **Personal accounts.** If you create an account, you must provide us with some information so that we can provide our services to you. This includes a display name (for example, “Creators”); a username (for example, @XCreators); a password; an email address or phone number; a date of birth; your display language; and third-party single sign-in information (if you choose this sign-in method). You can also choose to share your location in your profile and posts, and to upload your address book to X to help find people you may know. Your profile information, which includes your display name and username, is always public, but you can use either your real name or a pseudonym. And remember, you can create multiple X accounts, for example, to express different parts of your identity, professional or otherwise.

- **Professional Accounts.** If you create a Professional Account (https://business.x.com/help/account-setup/professional-accounts.html), you also need to provide us with a professional category, and may provide us with other information, including street address, contact email address, and contact phone number, all of which will always be public.

- **Payment information.** In order to purchase ads or other offerings provided as part of our paid products and services you will need to provide us payment information, including your credit or debit card number, card expiration date, CVV code, and billing address.

- **Preferences.** When you set your preferences using your settings (https://x.com/settings), we collect that information so that we can respect your preferences.

- **Biometric information.** Based on your consent, we may collect and use your biometric information for safety, security, and identification purposes.

- **Job applications / recommendations.** We may collect and use your personal information (such as your biographical information, employment history, educational history, employment preferences, skills and abilities, and job search activity and engagement, in addition to the information we already collect as disclosed in the “Information we collect when you use X” section of our Privacy Policy below) to recommend potential jobs to you, to share with potential employers when you apply for a job, to enable connections for professional opportunities, and to show you more relevant advertising.

**1.2 Information we collect when you use X.**

When you use our services, we collect information about how you use our products and services. We use that information to provide you with products and services, to help keep X more secure and respectful for everyone, and more relevant to you.

**Usage information.** We collect information about your activity on X, including:

- Posts and other content you post (including the date, application, and version of X) and information about your broadcast activity (e.g., Spaces), including broadcasts you've created and when you created them, your lists, bookmarks, and Communities you are a part of.
- Your interactions with other users' content, such as reposts, likes, bookmarks, shares, downloads, replies, if other users mention or tag you in content or if you mention or tag them, and broadcasts you've participated in (including your viewing history, listening, commenting, speaking, and reacting).
- How you interact with others on the platform, such as people you follow and people who follow you, metadata related to Encrypted Messages (https://help.x.com/using-x/encrypted-direct-messages), and when you use Direct Messages (https://help.x.com/using-x/direct-messages), including the contents of the messages, the recipients, and date and time of messages.
- If you communicate with us, such as through email, we will collect information about the communication and its content.
- We collect information on links you interact with across our services (including in our emails sent to you).

**Purchase and payments.** To allow you to make a payment or send money using X features or services, including through an intermediary, we may receive information about your transaction such as when it was made, when a subscription is set to expire or auto-renew, and amounts paid or received.

**Device information.** We collect information from and about the devices you use to access X, including:

- Information about your connection, such as your IP address, browser type, and related information.
- Information about your device and its settings, such as device and advertising ID, operating system, carrier, language, memory, apps installed, and battery level.
- Your device address book, if you've chosen to share it with us.

**Location information.** When you use X, we collect some information about your approximate location to provide the service you expect, including showing you relevant ads. You can also choose to share your current precise location or places where you've previously used X by enabling these settings in your account.

**Inferred identity.** We may collect or receive information that we use to infer your identity as detailed below:

- When you sign into X on a browser or device, we will associate that browser or device with your account. Subject to your settings, we may also associate your account with browsers or devices other than those you use to sign into X (or associate your signed-out device or browser with other browsers or devices or X-generated identifiers).
- When you provide other information to X, including an email address or phone number, we associate that information with your X account. Subject to your settings, we may also use this information in order to infer other information about you and/or your identity, for example by associating your account with hashes of email addresses that share common components with the email address you have provided to X.
- When you access X and are not signed in, we may infer your identity based on the information we collect.

**Log information.** We may receive information when you view content on or otherwise interact with our products and services, even if you have not created an account or are signed out, such as:

- IP address and related information; browser type and language; operating system; the referring webpage; access times; pages visited; location; your mobile carrier; device information (including device and application IDs); search terms and IDs (including those not submitted as queries); ads shown to you on X; X-generated identifiers; and identifiers associated with cookies. We also receive log information when you click on, view, or interact with links on our services, including when you install another application through X.

**Advertisements.** When you view or interact with ads we serve on or off X, we may collect information about those views or interactions (e.g., watching a video ad or preroll, clicking on an ad, interacting with reposts of or replies to an ad).

**Cookies and similar technologies.** Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our products and services such as searching and looking at public profiles. You can learn more about how we use cookies and similar technologies here (https://help.x.com/rules-and-policies/x-cookies).

**Interactions with our content on third-party sites.** When you view our content on third-party websites that integrate X content, such as embedded timelines or post buttons, we may receive log information that includes the web page you visited.

**1.3 Information we receive from third parties.**

When you use other online products and services, they may share information about that usage with us.

**Ad partners, developers, and publishers.** Our ad and business partners share information with us such as browser cookie IDs, X-generated identifiers, (https://twitter.com/en/privacy#overlay-chapter2.6.1)mobile device IDs, hashed user information like email addresses, demographic or

interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you described elsewhere in this Privacy Policy.

**Other third parties, account connections, and integrations.** We may receive information about you from third parties who are not our ad partners, such as other X users, developers, and partners who help us evaluate the safety and quality of content on our platform, our corporate affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates), and other services you link to your X account. You may choose to connect your X account to your account on another service, and that other service may send us information about your account on that service.

# 2. How We Use Information

Breaking down how we use the information we collect is not simple because of the way the systems that bring our services to you work. For example, the same piece of information may be used differently for different purposes to ultimately deliver a single service. We think it's most useful to describe the five main ways we use information and if you have questions that are not answered, you can always contact us (https://help.x.com/forms/privacy). Here we go:

**2.1 Operate, improve, and personalize our services.**

We use the information we collect to provide and operate X products and services. We also use the information we collect to improve and personalize our products and services so that you have a better experience on X, including by showing you more relevant content and ads, suggesting people and topics to follow, enabling and helping you discover affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates), third-party apps, and services. We may use the information we collect and publicly available information to help train our machine learning or artificial intelligence models for the purposes outlined in this policy.

We may use the information we collect from accounts of other services that you choose to connect to your X account to provide you features like cross-posting or cross-service authentication, and to operate our services.

We use your contact information to help others find your account if your settings permit, including through third-party services and client applications.

We use your information to provide our advertising and sponsored content services subject to your settings (https://x.com/settings/account), which helps make ads on X more relevant to you. We also use this information to measure the effectiveness of ads and to help recognize your devices to serve you ads on and off of X. Some of our ad partners also enable us to collect similar

information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you, as described elsewhere in our Privacy Policy.

**2.2 Foster safety and security.**

We use information we collect to provide for the safety and security of our users, our products, services, and your account. This includes verifying your identity, authenticating your account, estimating or verifying your age as may be required under law, and defending against fraud, unauthorized use, and illegal activity. We also use the information to evaluate and affect the safety and quality of content on X - this includes investigating and enforcing our policies and terms, as well as applicable law.

**2.3 Measure, analyze and make our services better.**

We use the information we collect to measure and analyze the effectiveness of our products and services and to better understand how you use them in order to make them better.

**2.4 Communicate with you about our services.**

We use the information we collect to communicate with you about our products and services, including about product updates and changes to our policies and terms. If you're open to hearing from us, we may also send you marketing messages from time to time.

**2.5 Research.**

We use information you share with us, or that we collect to conduct research, surveys, product testing, and troubleshooting to help us operate and improve our products and services.

# 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

**3.1 When you post and share.**

**With the general public**. You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X: for example, from search query results on Internet search engines or videos downloaded and reshared elsewhere (depending on your settings (https://help.x.com/using-x/x-videos)).

**With other X users.** Depending on your settings (https://x.com/settings/account), and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as replies, and people you follow.
- Content you send to a specific X user, such as through Direct Messages (https://help.x.com/using-x/direct-messages). Please keep in mind that if you've shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings (https://x.com/settings/account), we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center (https://help.x.com/safety-and-security/data-through-partnerships). You can control whether X shares your personal information with these partners by using the "Data sharing with business partners" option in your Privacy and Safety settings (https://x.com/settings/privacy_and_safety). (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center (https://help.x.com/safety-and-security/data-through-partnerships) article.)

**3.2 With third parties and third-party integrations.**

**With service providers.** We may share your information with our service providers (https://privacy.x.com/subprocessors) that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; service providers supporting age assurance solutions; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content and integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application (https://help.x.com/managing-your-account/connect-or-revoke-access-to-third-party-apps?lang=browser) to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or

cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings (https://x.com/settings/autoplay) if you prefer that content not to play automatically.

**Third-party collaborators.** Depending on your settings (https://x.com/settings/account), or if you decide to share your data, we may share or disclose your information with third parties. If you do not opt out, in some instances the recipients of the information may use it for their own independent purposes in addition to those stated in X's Privacy Policy, including, for example, to train their artificial intelligence models, whether generative or otherwise.

**Through our APIs.** We use technology like APIs (https://help.x.com/rules-and-policies/x-api) and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms (https://developer.x.com/developer-terms) that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com (https://developer.x.com/).

**3.3 When required by law, to prevent harm, or in the public interest.**

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request (https://help.x.com/rules-and-policies/x-law-enforcement-support);
- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;
- explain why we have removed content or accounts from our services (e.g., for a violation of our Rules (https://help.x.com/rules-and-policies/x-rules));
- address fraud, security, or technical issues; or
- protect our rights or property, or the rights or property of those who use our services.

We may also use different signals and your data to infer, preserve, use, share, or disclose your age and identity information in order to comply with regulatory requirements as well as for safety, security, fraud, know-your-customer, know-your-business, and identity verification, as the case may be. We may also share or disclose your age and identity information with our partners, service providers, and others for these purposes.

**3.4 With our affiliates.**

We may share information amongst our affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) to provide our products and services.

**3.5 As a result of a change in ownership.**

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

# 4. How Long We Keep Information

We keep different types of information for different periods of time, depending on how long we need to retain it in order to provide you with our products and services, to comply with our legal requirements and for safety and security reasons. For example:

- We keep your profile information, such as your display name, user name, password and email address for the duration of your account. We cannot provide you with our products and services without retaining this information.
- We keep your usage information, such as the content you post, your interactions with other users' content and how you interact with others on the platform for the duration of your account or until such content is removed.
- We keep your payment information, including your credit or debit card number and billing address for the duration you use our paid products and services. Records of transactions will be kept for longer, in accordance with applicable law.
- If you communicate with us, such as through email, we will keep information about the communication and its content for up to 18 months, unless it is necessary for us to retain it for a longer period to comply with our legal obligations or to exercise or defend our legal rights.
- We generally collect device information, location information, inferred identity information and log information using cookies. We keep cookies and information collected using cookies for up to 13 months. You can learn more about how we use cookies and similar technologies here (https://help.x.com/rules-and-policies/x-cookies).
- We keep information about your views or interactions with ads on or off X, as well as how you interact with our content on third-party sites for up to 12 months.
- We keep information shared by ad and business partners for up to 12 months.
- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (such as your email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.

We may need to keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons. For example:

- **To comply with a law, regulation, legal process, or governmental request.** Including in order to adhere to a legally appropriate preservation request made by law enforcement. You can read more about law enforcement access here (https://help.x.com/rules-and-policies/x-law-enforcement-support#6).
- **In connection with legal claims, litigation, and regulatory matters.** Including where it is reasonably necessary to retain information relating to your account in order to defend X against legal claims.
- **To maintain the safety and security of our products and services.** Including where it is necessary to store your information longer in order to investigate and fight abuse on our products and services.

Remember public content can exist elsewhere even after it is removed from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility here (https://help.x.com/safety-and-security/remove-x-profile-from-google-search).

# 5. Take Control

**5.1 Access, correction, and portability.**

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account settings (https://x.com/settings/account).

- You can learn more about the information we have collected or inferred about you in (https://twitter.com/settings/your_twitter_data)Your X Data (https://x.com/settings/your_twitter_data) and request access to additional information (https://help.twitter.com/forms/privacy)here (https://help.x.com/forms/privacy).

- You can download a copy of your information, such as your posts, by following the instructions here (https://help.x.com/managing-your-account/how-to-download-your-x-archive).

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

**5.2 Deleting your information.**

If you follow the instructions here (https://help.x.com/managing-your-account/how-to-deactivate-x-account), your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.

**5.3 Objecting to, restricting, or withdrawing your consent.**

You can manage your privacy settings and other account features (https://twitter.com/settings/account)here (https://x.com/settings/account). If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you've adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space (https://help.x.com/using-x/spaces) is recorded, or whether videos you upload (https://help.x.com/using-x/x-videos) are downloadable by others.

**5.4 Authorized agent requests.**

To submit a request related to access, modification, or deletion of your information, or someone else's information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

# 6. Your Rights And Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

**6.1 We have specific legal bases to use your information.**

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we'd encourage you to check out this additional information about data processing (https://help.x.com/rules-and-policies/data-processing-legal-bases). And no, we don't sell your personal information.

**6.2 We move your data to make X work for you.**

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it's what you expect from us.

We also use data centers and cloud providers, and engage our affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) and third-party partners and service providers (https://privacy.x.com/subprocessors) located in many parts of the world to help us provide our services.

Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (https://commission.europa.eu/law/law-topic/data-protection/international-dimension-data-protection/standard-contractual-clauses-scc_en) (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here (https://help.x.com/forms/privacy). If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.

X is a participant (https://www.dataprivacyframework.gov/list) in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here (https://help.x.com/forms/privacy). As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS (https://www.jamsadr.com/DPF-Dispute-Resolution), and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 (https://www.dataprivacyframework.gov/framework-article/ANNEX-I-introduction) to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here (https://www.dataprivacyframework.gov/s/).

# 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf (https://help.x.com/using-x/parental-consent)). We do not knowingly collect personal information from children under 13. If you become aware that your child has provided us with personal information without your consent, please contact us here (https://help.x.com/forms/privacy). If we become aware that a child under 13 has provided us with personal information, we take steps to remove such information and terminate the child’s account. You can find additional resources for parents and teens here (https://help.x.com/rules-and-policies/information-for-parents-and-minor-users).

# 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

# 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.

# 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries (https://help.x.com/forms/privacy) page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here (https://privacy.x.com/en/ccpa). Information about our handling of "Consumer Health Data" and associated requests as defined under Washington State's My Health My Data Act and other similar state laws is available here (https://privacy.x.com/for-our-users/x-consumer-health-data-policy). For Oregon residents, more information about our handling of personal information described in this Privacy Policy and associated requests and appeals under Oregon's Consumer Privacy Act (OCPA) is available here (https://privacy.x.com/for-our-users/ocpa).

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**865 FM 1209, Building 2**
**Bastrop, TX 78602**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Internet Unlimited Company, with an address of:

**X Internet Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

If you live in Switzerland, you can also contact our appointed representative at the following address:

**X Switzerland GmbH**
**Attn: Data Protection Officer**
**c/o Wasag Treuhand AG**
**Normannenstrasse 8**
**Postfach 783**
**3018 Bern, SWITZERLAND**

If you wish to raise a concern about our data processing practices (https://help.x.com/rules-and-policies/data-processing-legal-bases), you have the right to do so with your local supervisory authority. If you live in the European Union, you may contact X Internet Unlimited Company's lead supervisory authority, the Irish Data Protection Commission, using the contact details (https://www.dataprotection.ie/contact/how-contact-us) listed on their website.

**Effective:** January 15, 2026

View previous policies (https://x.com/privacy/previous)

# Take control of your privacy

Adjust your settings (https://twitter.com/settings/privacy_and_safety)

© 2026 X Corp.
Cookies (https://help.x.com/rules-and-policies/twitter-cookies)
Privacy (https://x.com/privacy)
Terms and conditions (https://x.com/tos)
English

Privacy Policy (https://x.com/en/privacy)

- English (https://x.com/en/privacy)
- Bahasa Indonesia (https://x.com/id/privacy)
- Español (https://x.com/es/privacy)
- Français (https://x.com/fr/privacy)
- Deutsch (https://x.com/de/privacy)
- Italiano (https://x.com/it/privacy)
- 日本語 (https://x.com/ja/privacy)
- 한국어 (https://x.com/ko/privacy)
- Português (https://x.com/pt/privacy)
- Русский (https://x.com/ru/privacy)
- Slovenčina (https://x.com/sk/privacy)
- Български (https://x.com/bg/privacy)
- Čeština (https://x.com/cs/privacy)
- Dansk (https://x.com/da/privacy)
- Ελληνικά (https://x.com/el/privacy)
- Eesti (https://x.com/et/privacy)
- Suomi (https://x.com/fi/privacy)
- Gaeilge (https://x.com/ga/privacy)
- Hrvatski (https://x.com/hr/privacy)
- Magyar (https://x.com/hu/privacy)
- Lietuvių (https://x.com/lt/privacy)
- Latviešu (https://x.com/lv/privacy)
- Malti (https://x.com/mt/privacy)
- Nederlands (https://x.com/nl/privacy)
- Polski (https://x.com/pl/privacy)
- Română (https://x.com/ro/privacy)
- Slovenščina (https://x.com/sl/privacy)
- Svenska (https://x.com/sv/privacy)
- العربية (https://x.com/content/twitter-com/legal/ar)
- فارسی (https://x.com/content/twitter-com/legal/fa)
- Յայերեն (https://x.com/content/twitter-com/legal/hy)
- ខ្មែរ (https://x.com/content/twitter-com/legal/km)
- Tagalog (https://x.com/content/twitter-com/legal/tl)
- Tiếng Việt (https://x.com/content/twitter-com/legal/vi)
- 简体中文 (https://x.com/content/twitter-com/legal/zh-cn)
- 繁體中文 (https://x.com/content/twitter-com/legal/zh-tw)
- Lus Hmoob (https://x.com/content/twitter-com/legal/hmn)

# EXHIBIT E

Skip to main content

Help Center (https://help.x.com/en)

- Using X (https://help.x.com/en/using-x)
- Managing your account (https://help.x.com/en/managing-your-account)
- Safety and security (https://help.x.com/en/safety-and-security)
- Rules and policies (https://help.x.com/en/rules-and-policies)
- Resources

Sign in (https://x.com/login?redirect_after_login=https%3A%2F%2Fhelp.x.com%2Fen%2Frules-and-policies%2Fx-legal-faqs)

Contact Us (https://help.x.com/forms.html)

1. Help Center (https://help.x.com/en)
2. Law Enforcement Guidelines (https://help.x.com/en/rules-and-policies#law-enforcement-guidelines)
3. Legal request FAQs

# Legal request FAQs

1. Help Center (https://help.x.com/en)
2. Law Enforcement Guidelines (https://help.x.com/en/rules-and-policies#law-enforcement-guidelines)

# Legal request FAQs

## My account was named in a legal request. What does this mean?

Important:
When we reference 'legal requests' we are generally referring to subpoenas, court orders, or other legal documents that cite a statute or other law in association with some sort of claim or demand. Legal requests may ask for us to turn over information about an X account and/or ask to remove content, like Posts.

## About the notice you received from X

X may notify you of the existence of a legal request pertaining to your account unless we are prohibited or the request falls into one of the exceptions to our user notice policy (e.g., emergencies regarding imminent threat to life, child sexual exploitation, terrorism). We understand that receiving this type of notice can be an unsettling experience. We have notified you so that you can avail yourself of the rights available for your particular situation in your specific jurisdiction. We want you to have an opportunity to evaluate the request and, if necessary, take appropriate action to protect your interests. This may include seeking legal counsel and challenging the request in court, voluntarily deleting the content (if applicable), or finding some other resolution. Please refer to the notice you received for more information on any deadlines or time sensitivities.

Unfortunately, we cannot provide you with any legal advice and cannot provide any further information beyond what we provided in our notice. If you wish to seek legal counsel, here are some resources that may help.

- For U.S. legal requests, you might consider contacting the American Civil Liberties Union (http://www.aclu.org/affiliates (https://www.aclu.org/about/affiliates?redirect=affiliates), +1 212-549-2500) or the Electronic Frontier Foundation (https://www.eff.org/pages/legal-assistance (https://www.eff.org/pages/legal-assistance), info@eff.org, +1 415-436-9333).
- For non-U.S. legal requests, you might consider contacting a local attorneys' association or law school, which may be able to provide you with contact information for specialised legal assistance on free expression issues or reduced-cost legal aid services available in your location.

More general information about the different types of legal requests we receive is available below.

# What happens when X receives a legal request?

Below you will find a step-by-step process outlining the life cycle of a typical legal request request submitted to X.

**Submission process**

A legal request for information about an X account is first submitted to X via various channels such as mail or our Legal Request Submissions Site (LRS; legalrequests.x.com). Only government agencies, including law enforcement agents and government officials, may use the Legal Request Submission Site.

Legal requests from non-government entities (including private entities) may be served on X Corp's registered agent, CT Corporation. X Corp. does not and will not waive any objections, including the lack of jurisdiction or proper service. For CT Corporation locations, click here (https://ct.wolterskluwer.com/sop-locations).

**Preliminary review**

A X agent first reviews the legal request to determine whether it meets relevant statutory requirements. If the request meets all relevant statutory requirements, a X agent will then review the reported account or posts for any indications that the request seeks to restrict or chill freedom of expression; raises other X policy concerns (e.g., accounts belonging to journalists, verified accounts, or accounts containing political speech); or raises practical or technical

concerns (e.g., the account or content at issue is no longer available). During this step, X may ask the requester for additional context before considering any responsive disclosure or taking action on the account, or pushing back on the request in its entirety due to various circumstances (e.g., nature of the underlying crime, request is overbroad, request is missing a required signature, request for content with the incorrect legal process).

**User notice**

By default, X will attempt to notify the reported account holder(s) of the existence of a legal request pertaining to the account(s) if we are not otherwise prohibited from doing so. Exceptions to user notice may include exigent circumstances, such as emergencies regarding imminent threats to life, child sexual exploitation, or terrorism. X attempts to notify the user(s) about the legal request through a notification in the X app and by sending a message to the email address associated with the account(s), if available. If we are not permitted to notify the user(s) at this step in the process (e.g., because the legal request is accompanied by a non-disclosure order), we may notify the user(s) about the existence of a legal request after X has withheld the reported content or disclosed information associated with the X account(s).

**X's Response**

The X agent then applies our company policies for handling legal requests, which may differ depending on the jurisdiction from which the request originated. For content removal requests, this may mean the reported content violates X's Terms of Service (https://twitter.com/tos?lang=en) or Rules, and the content will be removed from the X platform. Or, perhaps the content is determined to be illegal in a particular jurisdiction and X will withhold access to the identified content in the location in which it is alleged to be in violation of local law. For information requests, X may file or serve objections for requests that are legally defective, overly broad, and/or appear to impermissibly burden free expression. X also checks whether the user(s) filed any objections with the appropriate court. For valid and properly scoped information requests where there has not been a successful objection by X or the user(s), a X agent will assemble the required account records and produce them electronically through our secure LRS site to the requester. Once the records have been produced, the case is considered completed and closed unless we're able to provide delayed notice to affected users after the expiration of an associated non-disclosure order.

# Frequently asked questions about legal requests

**How will I know if I got a notice from X regarding a legal request?**

X attempts to alert you about a legal request we have received via the email address associated with your account. We may have difficulty delivering notice to users who do not have a current or valid email address associated with the X account.

**Why did X tell me about the request?**

Transparency (https://transparency.twitter.com/) and user empowerment are two of our guiding principles at X. While you may be concerned by this type of notice, we want you to know that the request exists and that we may be compelled to take some action such as producing account information or withholding content. Before taking action, we want to provide you with an opportunity to review the legal request and the option to take measures to protect your interests. When prior notice is not possible, you may receive delayed notice. Delayed notice means that we may notify you about the existence of a legal request after X has withheld your content or after X has been compelled to disclose information associated with your X account.

We attempt to notify users regarding legal requests pertaining to their accounts, however, we may be legally prohibited from doing so. For example, if we receive a legal request that has been sealed by a judge, we are not permitted to communicate about the request until the confidentiality obligation expires. There are also limited policy exceptions to providing notice such as emergencies regarding imminent threats to life, incidents involving child sexual exploitation, or acts of terrorism, when we do not provide user notice.

**What types of legal requests does X receive?**

Legal requests may come from law enforcement, government agencies, lawyers representing a criminal defendant, civil litigants, or from other authorised reporters such as official anti-discrimination organisations in Europe.

- Information requests – Law enforcement requests for account information are usually issued in connection with criminal investigations. X also receives emergency disclosure requests from law enforcement. If we receive information that provides us with a good faith belief that there is an exigent emergency involving the danger of death or serious physical injury to a person, we may provide information necessary to prevent that harm, if we have it. Civil requests for account information are typically made by lawyers in connection with non-criminal/civil legal actions such as a divorce proceeding or a business dispute.
- Removal requests – X sometimes receives legal requests alleging that content posted to X may be illegal in one or more countries around the world. For example, content may be alleged to violate laws related to defamation, illegal activities, or national security. Requests may also be reporting content that is potentially in violation of X's Terms of Service (https://twitter.com/tos?lang=en) or Rules.

**Can I get more information about the legal requests that X receives?**

Twice a year, X publishes a transparency report (https://transparency.twitter.com/) that includes details about the government and non-government requests we receive. We provide information about our compliance rate, which countries make the most requests, and any trends we noticed during the reported time frame. We encourage you to read through our report, as well as those of other providers (https://www.accessnow.org/transparency-reporting-index/) whose services you use to stay informed about the impact of these requests.

# Questions about information requests:

**What types of account information may be produced in response to a valid legal request?**

Obtaining non-public information, such as an email address used to sign-up for an account or IP login information, requires valid legal process like a subpoena, court order, or other local legal process, depending on the country that issues the request.

Requests for the contents of communications (e.g., posts, Direct Messages, media) require a valid search warrant or equivalent to be properly served on the correct X corporate entity. Law enforcement or government agents must demonstrate a higher burden of proof before a judge will authorize such a request.

For additional information on the types of legal process required to obtain specific types of account information please see the "Types of Legal Process" section in our transparency report (https://transparency.twitter.com/) and X's Guidelines for Law Enforcement.

Note: X makes your IP logs and some other non-public account information available directly to you when logged into your X account. For more details, please refer to this article about accessing your X data.

**Does X always turn over all of the information requested by valid legal requests?**

No. X may seek to narrow requests that are overly broad, request additional context if the nature of the investigation is not clear, or push back on the request for other reasons. For example, X may receive requests for contents of communications, such as Direct Messages ("DMs") or posts, from countries outside of the United States. We generally refer the requester to the procedures available under a mutual legal assistance treaty (MLAT) or letter rogatory and do not provide contents of communication in response to the local legal process.

# Questions about removal requests:

**How does X determine whether or not it will remove my content and how will I know?**

The outcome is different depending on whether the reported content violates X's Terms of Service (https://twitter.com/tos?lang=en) or Rules or whether it is alleged to be illegal in a certain jurisdiction, but does not otherwise violate X's Terms of Service (https://twitter.com/tos?lang=en) or Rules.

- If the reported content violates X's Terms of Service (https://twitter.com/tos?lang=en) or Rules:
  - It is removed from the X platform.
  - You will get a message that your account has been suspended or locked when you log-in. The message may say that you need to take certain actions before you use your account again.
    - For certain violations or in case of repeat infringements, your account may be permanently suspended. For more information about suspended or locked accounts, you may visit our dedicated Help Center pages.

- If the reported content refers to sensitive media:
  - The content will be labelled as sensitive, so other users may choose whether or not they wish to view it.

- If reported content does not violate X's Terms of Service (https://twitter.com/tos?lang=en) or Rules, but is alleged to be illegal in one or more jurisdictions:

  - X will attempt to notify you that we have received a legal request claiming the content of your account is potentially illegal.
    - We will include a copy of the legal request unless prohibited.
      - The reason we do this is so users may choose to remove the content at issue, respond directly to the requester if possible, or seek legal advice to challenge the request, before we may take any action on the reported content.

    - Our notice does not represent legal advice that certain content should be removed. It is only meant to inform you that certain content on your X account has been identified in a legal request, so you can decide whether, or how, you will respond, and to inform you that it may be necessary for us to take action on the reported content based on the underlying legal request.

  - We may withhold access to the identified content in the location in which it is alleged to be in violation of local law.
    - This means that other users trying to view the content in the jurisdiction where it was reported will see the messaging below instead:

**For a post:**

**For an account:**

Note: It is the location of the viewer that matters, rather than the location of the reported user. For example, if certain content is reported in the United States, we may withhold this content in the United States regardless of whether the person who posted the content is located in the United States or another country.

For more information, please see our country withheld content article.

**Can I appeal X's decision to withhold my content?**

If you believe your content was withheld in error, you may appeal by responding directly to the email we sent notifying you of the withholding (if based on a legal demand) or by contacting us through our Help Center (https://help.twitter.com/en/contact-us) (if withheld based on local law).

**What if it is determined that my posts are allowed?**

If content that was withheld in response to a legal request becomes allowed in the future, where we can, we will restore access to it so anyone in the world can view it.

Some circumstances in which we have un-withheld content in the past include:

- An objection filed by X against a court order deeming certain content was illegal was accepted by a higher court.
- An objection filed by a user against a court order deeming certain content was illegal was accepted by a higher court.
- The validity period of a court order prohibiting publication of certain material expired.
- An official judicial body expressed an opinion that a request made by an administrative authority was invalid.

## Share this article

Post

© 2026 X Corp.
Cookies (https://help.x.com/rules-and-policies/twitter-cookies)
Privacy (https://x.com/privacy)
Terms and conditions (https://x.com/tos)
English

Help Center (https://help.x.com/en)

- English (https://help.x.com/en/rules-and-policies/x-legal-faqs)
- Español (https://help.x.com/es/rules-and-policies/x-legal-faqs)
- 日本語 (https://help.x.com/ja/rules-and-policies/x-legal-faqs)
- 한국어 (https://help.x.com/ko/rules-and-policies/x-legal-faqs)
- Português (https://help.x.com/pt/rules-and-policies/x-legal-faqs)
- Deutsch (https://help.x.com/de/rules-and-policies/x-legal-faqs)
- Türkçe (https://help.x.com/tr/rules-and-policies/x-legal-faqs)
- Français (https://help.x.com/fr/rules-and-policies/x-legal-faqs)
- Italiano (https://help.x.com/it/rules-and-policies/x-legal-faqs)
- العربية (https://help.x.com/ar/rules-and-policies/x-legal-faqs)
- Nederlands (https://help.x.com/nl/rules-and-policies/x-legal-faqs)
- Bahasa Indonesia (https://help.x.com/id/rules-and-policies/x-legal-faqs)
- Русский (https://help.x.com/ru/rules-and-policies/x-legal-faqs)
- हिंदी (https://help.x.com/hi/rules-and-policies/x-legal-faqs)
- தமிழ் (https://help.x.com/ta)
- עברית (https://help.x.com/he)
- 简体中文 (https://help.x.com/zh-cn)
- 繁體中文 (https://help.x.com/zh-tw)
- ภาษาไทย (https://help.x.com/th)
- Tiếng Việt (https://help.x.com/vi)
- Melayu (https://help.x.com/ms)
- বাংলা (https://help.x.com/bn)
- Filipino (https://help.x.com/fil)
- فارسی (https://help.x.com/fa)
- Dansk (https://help.x.com/da)
- Suomi (https://help.x.com/fi)
- Svenska (https://help.x.com/sv)
- Norsk (https://help.x.com/no)
- Polski (https://help.x.com/pl)
- Magyar (https://help.x.com/hu)
- Română (https://help.x.com/ro)
- Українська (https://help.x.com/uk)
- मराठी (https://help.x.com/mr)
- ગુજરાતી (https://help.x.com/gu)
- Български (https://help.x.com/bg)
- Català (https://help.x.com/ca)
- Hrvatski (https://help.x.com/hr)
- Српски (https://help.x.com/sr)
- Slovenčina (https://help.x.com/sk)
- ಕನ್ನಡ (https://help.x.com/kn)
- ಪಾಷ್ಟೋ (https://help.x.com/ps)
- Dari (https://help.x.com/fa-af)
- Oromo (https://help.x.com/om)
- Tigrinya (https://help.x.com/ti)
- کوردی (https://help.x.com/ckb)

- Lietuvių (https://help.x.com/lt)
- Latviešu (https://help.x.com/lv)
- Malti (https://help.x.com/mt)
- Slovenščina (https://help.x.com/sl)
- Gaeilge (https://help.x.com/ga)
- Lus Hmoob (https://help.x.com/hmn)
- Հայերեն (https://help.x.com/hy)
- ខ្មែរ (https://help.x.com/km)

# EXHIBIT F

WIKIPEDIA 25 years of the free encyclopedia

# Censorship of X

Since the launch in 2006, X, formerly Twitter, has been subjected to Internet censorship by governments and other authorities which may take unilateral action to block Internet access to X or its content. The social media platform is currently blocked in China, Iran, Myanmar, North Korea, Russia, and Turkmenistan.

## Countries where access to X/Twitter is currently blocked

### China

X is officially blocked in China; however, many Chinese people circumvent the block to use it.[1] Even major Chinese companies and national medias, such as Huawei and CCTV, use X through a government-approved VPN.[2][3] The official account of China's Ministry of Foreign Affairs started tweeting in English in December 2019; meanwhile, Chinese diplomats, embassies and consulates maintained 55 identified accounts on Twitter as of 2019, with over half having been established within the year alone.[4]

In 2010, Cheng Jianping was sentenced to one year in a labor camp for "retweeting" a comment that suggested boycotters of Japanese products should instead attack the Japanese pavilion at Expo 2010. Her fiancé, who posted the initial comment, claims it was actually a satire of anti-Japanese sentiment in China.[5]

According to a *Washington Post* report, in 2019, state security officials visited some users in China to request them to delete certain tweets.[6] The Chinese police would produce printouts of tweets and advise users to delete either the specific messages or their entire accounts. *The New York Times* described the process as "unusually broad and punitive". The targets of the crackdown even included lurkers on the platform with very few followers.[7] In 2019, a Chinese student at the University of Minnesota was arrested and sentenced to six months in prison when he returned to China, for posting tweets mocking Chinese paramount leader Xi Jinping while in the US.[8]

On July 3, 2020, Twitter announced that all data and information requests for Hong Kong authorities were immediately paused after the Hong Kong national security law, which was imposed by the Chinese government, went into effect.[9] According to the official verdicts as of 2020, at least hundreds of Chinese were sentenced to prison for using Twitter to like, post or share tweets.[10] According to the documents obtained by *The New York Times* in 2021, Shanghai police were trying to use technology means to find out the true identities of Chinese users of specific accounts on foreign social media, including Twitter.[11] In 2022, Peiter Zatko, Twitter's former head of security, accused Twitter of accepting funding from unnamed "Chinese entities", which gave them access to the information of users in China, and Twitter knew that could endanger these users.[12] Zatko also disclosed that FBI notified Twitter of at least one Chinese agent in the company.[13]

### Iran

During the 2009 Iranian presidential election, the Iranian government blocked Twitter due to fear of protests being organized.[14] In September 2013, the blocking of both Twitter and Facebook was briefly lifted without notice due to a technical error, but within a day the websites were blocked again.[15]

### Myanmar

On February 5, 2021, the military State Administration Council, which assumed power following a coup d'état, ordered mobile and Internet providers to block Twitter and Instagram in the country, after a similar censorship measure was imposed on Facebook.[16][17] A spokesperson for Twitter

subsequently said that the company would "continue to advocate to end destructive government-led shutdowns".[17]

### North Korea

In April 2016, North Korea started to block Twitter "in a move underscoring its concern with the spread of online information".[18] Anyone who tries to access it without special permission from the North Korean government, including foreign visitors and residents, is subject to punishment.[18]

### Russia

On February 26, 2022, during the invasion of Ukraine, Russia began restricting access to Twitter, with global internet monitor NetBlocks observing that the censorship measure was in effect "across multiple providers."[19][20] Despite direct connections being restricted, Russians could still access Twitter via VPN services.[21] The decision was subsequently announced by Roskomnadzor as a measure to curtail information on Twitter and Facebook that did not align with the government of Russia's positions.[22]

### Turkmenistan

As of 2018, foreign news and opposition websites are blocked in Turkmenistan, and international social networks such as Twitter are "often inaccessible".[23][24]

## Countries where access to X/Twitter was formerly blocked

### Brazil

On August 30, 2024, Brazilian Supreme Federal Court justice Alexandre de Moraes ordered internet service providers (ISPs) to block X after its owner, Elon Musk, did not appoint a legal representative in Brazil as required by local regulations.[25] This decision followed a dispute originating from Moraes' earlier requests to suspend X accounts linked to alleged misinformation regarding the 2023 Brazilian Congress attack. Musk restored these accounts, arguing they were protected under free speech principles, and expressed concerns about the scope of the judicial orders.[26] Moraes responded by imposing a daily fine of R$50,000 (US$9,000) on Brazilian users accessing X via virtual private network (VPN), and initially directed Apple's App Store and Google's Play Store to remove VPN apps, a directive that was later withdrawn.

Various stakeholders raised concerns about the implications of the block. President Luiz Inácio Lula da Silva supported the court's decision, stating that Brazilian laws apply uniformly, while Musk described it as a challenge to platform operations and democratic principles.[27]

On September 18, 2024, X briefly became accessible in Brazil due to traffic rerouting via Cloudflare, which the company attributed to a temporary configuration change; some interpreted this as a strategic response.[28]

In late September 2024, X complied by paying approximately US$5.2 million in fines and appointing a legal representative in Brazil. As a result, on October 8, 2024, the Supreme Federal Court lifted the ban, allowing X to resume operations nationwide.[29][30]

### Egypt

Twitter was inaccessible in Egypt on January 25, 2011, during the 2011 Egyptian revolution. Some news reports blamed the government of Egypt for blocking it.[31] Vodafone Egypt, Egypt's largest mobile network operator, denied responsibility for the action in a tweet.[32] Twitter's news releases did not state who the company believed instituted the block.[33] As of January 26, Twitter was still confirming that the service was blocked in Egypt.[34] On January 27, various reports claimed that access to the entire Internet from within Egypt had been shut down.[35]

Shortly after the Internet shutdown, engineers at Google, Twitter, and SayNow, a voice-messaging startup company acquired by Google in January, announced the Speak To Tweet service. Google stated in its official blog that the goal of the service was to assist Egyptian protesters in staying connected during the Internet shutdown.[36] Users could phone in a tweet by leaving a voicemail and use the Twitter hashtag #Egypt. These comments could be accessed without an Internet connection by dialing the same designated phone numbers. Those with Internet access could listen to the comments by visiting twitter.com/speak2tweet.

On February 2, 2011, connectivity was re-established by the four main Egyptian service providers.[37][38][39] A week later, the heavy filtering that occurred at the height of the revolution had ended.

## Nepal

The government of Nepal blocked access to X from September 4 to 9, 2025, after the company did not comply with local regulations pertaining to local registration. The block contributed to anti-corruption protests in Nepal.[40][41]

## Nigeria

Access to Twitter was blocked in Nigeria from June 5, 2021, to January 13, 2022.[42][43] The blocking occurred after Twitter deleted tweets made by, and temporarily suspended, the Nigerian president Muhammadu Buhari, warning the southeastern people of Nigeria,[44][45] predominantly Igbo people, of a potential repeat of the 1967 Nigerian Civil War due to the ongoing insurgency in Southeastern Nigeria.[46][43][47][48][49][50] The Nigerian government claimed that the deletion of the president's tweets factored into their decision, but it was ultimately based on "a litany of problems with the social media platform in Nigeria, where misinformation and fake news spread through it have had real world violent consequences",[51] citing the persistent use of the platform for activities that are capable of undermining Nigeria's corporate existence.[52]

## Pakistan

In February 2024, X was blocked by Pakistani state authorities ahead of the 2024 general election. The ban was upheld in April, citing national security concerns. Despite the government's stance, both the government and the Pakistan Telecommunication Authority (PTA) refused to comment on the outages, which were widely reported by internet watchdog groups.[53][54]

Activists challenging the ban argue that it was designed to suppress dissent following the general election, which was marred by widespread claims of vote rigging and subsequent protests. Authorities had also shut down mobile services on the day of the election, again citing security concerns. NetBlocks, an internet monitoring group, reported that users were unable to access Twitter on February 10 while the country was awaiting election results.[53]

In April, the Sindh High Court ordered the government to restore access to the platform within one week, according to a report by the AFP news agency, citing lawyer Moiz Jaaferi, who had launched a separate challenge against the ban.[55] Despite this order, access to Twitter had been sporadic, with availability fluctuating based on the internet service provider, forcing users to rely on virtual private networks (VPNs), as noted by Alp Toker of NetBlocks.[56]

Imran Khan's Pakistan Tehreek-e-Insaf (PTI) party, a prolific user of social media platforms, had been particularly impacted by this ban. This reliance on social media grew especially after the country's traditional media began censoring news about Khan and his party in the run-up to the election. Khan, who has more than 20 million followers on Twitter, saw his party call for protests against alleged rigging in the 2024 election. A government official's admission of vote manipulation in mid-February raised further concerns about the transparency of the election, confirming Khan's claims to many and furthering the allegations.[53][57][58]

NetBlocks confirmed through its Live metrics showing X had been restricted in Pakistan since February, with service remaining fully or intermittently restricted for most users. They added that the incident came amidst a surge in internet censorship during the general election.[59] Asad Baig, a

media strategist at Dawn News, said that "The government's actions reek of authoritarianism, stifling dissent, and silencing voices in the name of maintaining control."[60] Several condemnations of the Pakistani X ban were also exchanged by many non-governmental organizations.

On May 7, 2025, access was restored amid the 2025 India–Pakistan conflict.[61][62]

### Tanzania

On October 29, 2020, ISPs in Tanzania blocked access to Twitter and other social media platforms during the general election.[63][64][65]

### Turkey

On March 21, 2014, access to Twitter in Turkey was temporarily blocked, after a court ordered that "protection measures" be applied to the service. This followed earlier remarks by Prime Minister Recep Tayyip Erdoğan who vowed to "wipe out Twitter" following damaging allegations of corruption in his inner circle.[66] However, on March 26, 2014, Istanbul Anatolia 18th Criminal Court of Peace suspended the above-mentioned court order.[67] Turkey's constitutional court later ruled that the ban was illegal.[68] Two weeks after the Turkish government blocked the site, the Twitter ban was lifted.[69]

Some of the country's Internet providers restricted access to Twitter during the 2023 Turkey–Syria earthquakes and its aftermath. No official statement has been made regarding the restriction.[70]

### Uzbekistan

On July 2, 2021, Uzbekistan blocked access to Twitter along with TikTok, VKontakte, and Skype after stating that they had violated a new personal data law. This also came amid new laws passed that criminalized insulting or slandering the president online, amid an upcoming presidential election later that year.[71] The sites were briefly unblocked on March 16, 2022, before being blocked again hours later.[72] The bans on access to Twitter and VKontakte were again lifted on August 1, 2022.[73]

### Venezuela

On August 8, 2024, President Nicolás Maduro announced a ban on access to X for ten days amid anti-government protests, citing incitations of hatred, fascism and civil war.[74] The ban was subsequently extended for an indefinite period,[75] until it was lifted on January 13, 2026, following the Capture of Nicolás Maduro in the 2026 United States intervention in Venezuela, after more than a year of blockage under Maduro.[76]

## See also

- Deplatforming
- Shadow banning
- Twitter suspensions
- Twitter Files
- Restrictions on TikTok
- Censorship of YouTube
- Censorship of Facebook
- Censorship of Instagram
- Censorship of TikTok

*Freedom of speech portal*

*Internet portal*

## Notes

## References

1. Bamman, D.; O'Connor, B.; Smith, N. (March 5, 2012). "Censorship and deletion practices in

Chinese social media" (http://journals.uic.edu/ojs/index.php/fm/article/view/3943/3169). *First Monday*. **17** (3). University of Illinois at Chicago. doi:10.5210/fm.v17i3.3943 (https://doi.org/10.5210%2Ffm.v17i3.3943). Archived (https://web.archive.org/web/20131211215604/http://journals.uic.edu/ojs/index.php/fm/article/view/3943/3169) from the original on December 11, 2013. Retrieved December 3, 2013.

2. "CCTV (@CCTV) | Twitter" (https://twitter.com/CCTV). *twitter.com*. Archived (https://web.archive.org/web/20191001095124/https://twitter.com/CCTV) from the original on October 1, 2019. Retrieved August 30, 2019.
3. "Huawei (@Huawei) | Twitter" (https://twitter.com/Huawei). *twitter.com*. Archived (https://web.archive.org/web/20190811070818/https://twitter.com/Huawei) from the original on August 11, 2019. Retrieved August 30, 2019.
4. Feng, Zhaoyin (December 29, 2019). "China and Twitter: The year China got louder on social media" (https://www.bbc.com/news/world-asia-china-50832915). *BBC News*.
5. Shahid, Aliyah (November 18, 2010). "Chinese woman, Cheng Jianping, sentenced to a year in labor camp over Twitter post" (http://www.nydailynews.com/news/world/2010/11/18/2010-11-18_chinese_woman_cheng_jianping_sentenced_to_a_year_in_labor_camp_over_twitter_post.html). *New York Daily News*. Archived (https://web.archive.org/web/20101121051632/http://www.nydailynews.com/news/world/2010/11/18/2010-11-18_chinese_woman_cheng_jianping_sentenced_to_a_year_in_labor_camp_over_twitter_post.html) from the original on November 21, 2010. Retrieved January 26, 2011.
6. Shih, Gerry (January 4, 2019). "Chinese censors go old school to clamp down on Twitter: A knock on the door" (https://www.washingtonpost.com/world/asia_pacific/chinese-censors-go-old-school-to-clamp-down-on-twitter-a-knock-on-the-door/2019/01/04/1bd462e4-f331-11e8-9240-e8028a62c722_story.html). *The Washington Post*. Retrieved January 6, 2020.
7. Mozur, Paul (January 10, 2019). "Twitter Users in China Face Detention and Threats in New Beijing Crackdown" (https://web.archive.org/web/20190901020025/https://www.nytimes.com/2019/01/10/business/china-twitter-censorship-online.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2019/01/10/business/china-twitter-censorship-online.html) on September 1, 2019. Retrieved January 6, 2020.
8. Allen-Ebrahimian, Bethany (January 23, 2020). "University of Minnesota student jailed in China over tweets" (https://www.axios.com/china-arrests-university-minnesota-twitter-e495cf47-d895-4014-9ac8-8dc76aa6004d.html). *Axios*. Retrieved January 31, 2020.
9. Manfredi, Lucas (July 6, 2020). "Facebook, Twitter pause data requests from Hong Kong authorities over controversial security law" (https://web.archive.org/web/20200815045302/https://www.foxbusiness.com/technology/facebook-twitter-pause-data-requests-from-hong-kong-authorities-over-controversial-security-law). *Fox Business*. Archived from the original (https://www.foxbusiness.com/technology/facebook-twitter-pause-data-requests-from-hong-kong-authorities-over-controversial-security-law) on August 15, 2020. Retrieved August 14, 2020.
10. Dahai, Han (November 10, 2020). "Chinese Authorities Punish Citizens for Using Foreign Social Media" (https://www.voanews.com/a/east-asia-pacific_voa-news-china_chinese-authorities-punish-citizens-using-foreign-social-media/6198214.html). *VOA*. Retrieved November 13, 2020.
11. "Buying Influence: How China Manipulates Facebook and Twitter" (https://www.nytimes.com/interactive/2021/12/20/technology/china-facebook-twitter-influence-manipulation.html). *The New York Times*. December 20, 2021. Retrieved December 20, 2021.
12. "Twitter is vulnerable to Russian and Chinese influence, whistleblower says" (https://www.cnn.com/2022/08/23/tech/twitter-foreign-intel-problem/index.html). *CNN*. August 23, 2022.
13. "FBI notified Twitter of at least one Chinese agent in company -- whistleblower" (https://www.reuters.com/article/twitter-whistleblower-congress-grassley/fbi-notified-twitter-of-at-least-one-chinese-agent-in-company-whistleblower-idUKL1N30K19Q/). *Reuters*. September 13, 2022.
14. "Iran Blocks Facebook, Twitter Sites Before Elections (Update1)" (https://www.bloomberg.com/apps/news?pid=newsarchive&sid=anh.uW3gNZp4). *Bloomberg*. May 23, 2009. Archived (https://web.archive.org/web/20150924183021/http://www.bloomberg.com/apps/news?pid=newsarchive&sid=anh.uW3gNZp4) from the original on September 24, 2015. Retrieved March 6, 2017.
15. Taylor, Chris (September 17, 2013). "Iran Unblocks Facebook and Twitter" (http://mashable.com/2013/09/16/twitter-facebook-iran/). *Mashable*. Archived (https://web.archive.org/web/20170829214714/http://mashable.com/2013/09/16/twitter-facebook-iran/) from the original on August 29, 2017. Retrieved September 17, 2013.
16. Iyengar, Rishi (February 5, 2021). "Myanmar blocks Twitter and Instagram" (https://www.cnn.com/2021/02/05/tech/myanmar-blocks-twitter-instagram/index.html). *CNN*. Retrieved July 29, 2023.
17. Lyons, Kim (February 6, 2021). "Myanmar orders internet providers to block Twitter and Instagram in the country" (https://www.theverge.com/2021/2/6/22269831/myanmar-orders-block-twitter-facebook-instagram-military-coup). *The Verge*. Retrieved July 29, 2023.

18. Talmadge, Eric (April 4, 2016). "North Korea blocks Facebook, Twitter and YouTube" (http://globalnews.ca/news/2616449/north-korea-blacks-facebook-twitter-and-youtube/). Global News. Associated Press. Archived (https://web.archive.org/web/20160406095746/http://globalnews.ca/news/2616449/north-korea-blacks-facebook-twitter-and-youtube/) from the original on April 6, 2016. Retrieved April 4, 2016.
19. "Twitter and Facebook restricted in Russia amid conflict with Ukraine" (https://netblocks.org/reports/twitter-and-facebook-restricted-in-russia-amid-conflict-with-ukraine-JBZrogB6). *NetBlocks*. February 26, 2022.
20. "Russia restricts Twitter, Facebook during Ukraine attack" (https://news.yahoo.com/russia-restricts-twitter-facebook-during-200817875.html). *Axios*.
21. Brandom, Russell (February 26, 2022). "Russia blocks Twitter as Ukraine invasion escalates" (https://www.theverge.com/2022/2/26/22952006/russia-block-twitter-ukraine-invasion-censorship-putin). *The Verge*.
22. "Facebook And Twitter Have Been Blocked In Russia" (https://www.buzzfeednews.com/article/sarahemerson/russia-blocks-facebook-twitter). *BuzzFeed*. March 4, 2022. Retrieved March 4, 2022.
23. BBC Monitoring (2018). "Turkmenistan country profile" (https://www.bbc.com/news/world-asia-16094646). *BBC News*. Archived (https://web.archive.org/web/20180225074838/http://www.bbc.com/news/world-asia-16094646) from the original on February 25, 2018. Retrieved February 26, 2018.
24. Barry, Eloise (January 18, 2022). "These Are the Countries Where Twitter and Facebook Are Banned" (https://web.archive.org/web/20220208093530/https://time.com/6139988/countries-where-twitter-facebook-tiktok-banned/). *TIME*. Archived from the original (https://time.com/6139988/countries-where-twitter-facebook-tiktok-banned/) on February 8, 2022. Retrieved June 9, 2024.
25. Rogero, Tiago (August 30, 2024). "Brazilian court orders suspension of Elon Musk's X after it missed deadline" (https://www.theguardian.com/technology/article/2024/aug/30/elon-musk-x-could-face-ban-in-brazil-after-failure-to-appoint-legal-representative). *The Guardian*. Retrieved August 30, 2024.
26. Roth, Emma (August 30, 2024). "Judge orders X ban in Brazil" (https://www.theverge.com/2024/8/30/24231286/x-brazil-ban-elon-musk-legal-representative). *The Verge*. Retrieved August 31, 2024.
27. Nicas, Jack; Conger, Kate (August 30, 2024). "Brazil Blocks X After Musk Ignores Court Orders" (https://www.nytimes.com/2024/08/30/world/americas/brazil-elon-musk-x-blocked.html). *The New York Times*. Retrieved August 31, 2024.
28. "Musk Finds a Way Around Brazil's X Ban" (https://www.nytimes.com/2024/09/18/world/americas/brazil-musk-x-ban.html). *The New York Times*. September 18, 2024. Retrieved September 18, 2024.
29. "Brazil's Supreme Court lifts block on X after compliance" (https://www.cbsnews.com/news/brazil-supreme-court-lifts-ban-social-media-site-x-elon-musk/). CBS News. October 8, 2024. Retrieved October 8, 2024.
30. "Brazil lifts ban on Musk's X after it pays $5m fine" (https://www.bbc.com/news/articles/c5y06vzk3yjo). *BBC*. October 9, 2024. Retrieved June 7, 2025.
31. Murphy, Dan (January 25, 2011). "Inspired by Tunisia, Egypt's protests appear unprecedented" (https://www.csmonitor.com/World/Backchannels/2011/0125/Inspired-by-Tunisia-Egypt-s-protests-appear-unprecedented). *The Christian Science Monitor*. Archived (https://web.archive.org/web/20110222063503/http://www.csmonitor.com/World/Backchannels/2011/0125/Inspired-by-Tunisia-Egypt-s-protests-appear-unprecedented) from the original on February 22, 2011. Retrieved January 26, 2011.
32. @VodafoneEgypt (January 25, 2011). "We didn't block twitter..." (https://twitter.com/VodafoneEgypt/statuses/29927017323433984) Twitter. Archived (https://web.archive.org/web/20160305032749/https://twitter.com/VodafoneEgypt/statuses/29927017323433984) from the original on March 5, 2016. Retrieved January 26, 2011.
33. Sherman, Alex (January 26, 2011). "Twitter Says Access to Service in Egypt Is Blocked" (https://web.archive.org/web/20110129225609/http://www.businessweek.com/news/2011-01-26/twitter-says-access-to-service-in-egypt-is-blocked.html). *Business Week*. Archived from the original (http://www.businessweek.com/news/2011-01-26/twitter-says-access-to-service-in-egypt-is-blocked.html) on January 29, 2011. Retrieved January 26, 2011.
34. "Twitter Comms: Egypt continues to block Twitter..." (https://twitter.com/twitterglobalpr/status/30377205695647744) Twitter. January 26, 2011.
35. Kanalley, Craig (January 27, 2011). "Egypt's Internet Shut Down, According To Reports" (https://www.huffingtonpost.com/2011/01/27/egypt-internet-goes-down-_n_815156.html). *Huffington Post*. Archived (https://web.archive.org/web/20110129005406/http://www.huffingtonpost.com/2011/01/27/egypt-internet-goes-down-_n_815156.html) from the original on January 29, 2011. Retrieved July 10, 2012.
36. Singh, Ujjwal. "Some weekend work that will (hopefully allow more Egyptians to be heard" (https://googleblog.blogspot.com/2011/01/some-weekend-work-that-will-hopefully.html). Archived (https://web.archive.org/web/20110503002907/http://googleblog.blogspot.com/2011/01/some-weekend-work-that-will-hopefully.html) from the original on May 3, 2011. Retrieved May 12, 2011.

37. "Egypt internet comes back online" (https://www.bbc.co.uk/news/technology-12346929). *BBC News*. February 2, 2011. Archived (https://web.archive.org/web/20120401155011/http://www.bbc.co.uk/news/technology-12346929) from the original on April 1, 2012. Retrieved June 20, 2018.
38. Labovitz, Craig (February 2, 2011). "Egypt Returns to the Internet" (https://web.archive.org/web/20111025112723/http://asert.arbornetworks.com/2011/02/egypt-returns-to-the-internet/). *Arbor Networks*. Archived from the original (http://asert.arbornetworks.com/2011/02/egypt-returns-to-the-internet/) on October 25, 2011.
39. Cowie, James (February 2, 2011). "Egypt Returns To The Internet" (https://web.archive.org/web/20110205190100/http://www.renesys.com/blog/2011/02/egypt-returns-to-the-internet.shtml). *Renesys*. Archived from the original (http://www.renesys.com/blog/2011/02/egypt-returns-to-the-internet.shtml) on February 5, 2011. Retrieved July 10, 2012.
40. Singh, Jagmeet (September 4, 2025). "Nepal blocks Facebook, Instagram, YouTube, X over rule breach, amid censorship concerns" (https://techcrunch.com/2025/09/04/nepal-blocks-facebook-instagram-youtube-x-over-rule-breach-amid-censorship-concerns/). *TechCrunch*. Retrieved September 4, 2025.
41. Sharma and, Bhadra; Bigg, Matthew Mpoke (September 8, 2025). "Social Media Goes Back Online in Nepal After 19 Are Killed in Protests" (https://www.nytimes.com/2025/09/08/world/asia/nepal-protests-gen-z-social-media.html). *The New York Times*. Retrieved September 9, 2025.
42. "Twitter marks BJP leader's post on Cong 'toolkit' manipulated; IT Ministry steps in, calls it biased" (https://indianexpress.com/article/india/sambit-patra-tweet-manipulated-media-toolkit-twitter-7324737/). *The Indian Express*. May 22, 2021. Retrieved June 19, 2021.
43. Princewill, Nimi; Busari, Stephanie (June 4, 2021). "Nigeria bans Twitter after company deletes President Buhari's tweet" (https://www.cnn.com/2021/06/04/africa/nigeria-suspends-twitter-operations-intl/index.html). *CNN*. Retrieved June 5, 2021.
44. "Twitter removes Nigerian president's 'abusive' civil war post" (https://www.reuters.com/world/africa/twitter-removes-nigerian-presidents-abusive-civil-war-post-2021-06-02/). *Reuters*. June 2, 2021. Retrieved June 6, 2021.
45. "Nigeria Condemns Twitter for Deleting President Buhari's Tweet" (https://www.bloomberg.com/news/articles/2021-06-02/nigerian-president-threatens-crackdown-after-spate-of-attacks). *Bloomberg.com*. June 2, 2021. Retrieved June 6, 2021.
46. "Twitter deletes Nigerian leader's 'civil war' post" (https://www.bbc.com/news/world-africa-57336571). *BBC News*. June 2, 2021. Retrieved June 6, 2021.
47. Maclean, Ruth (June 5, 2021). "Nigeria Bans Twitter After President's Tweet Is Deleted" (https://www.nytimes.com/2021/06/05/world/africa/nigeria-twitter-president.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved June 5, 2021.
48. "Nigeria suspends Twitter after the social media platform freezes president's account" (https://www.washingtonpost.com/world/2021/06/04/nigeria-suspends-twitter-buhari/). *Washington Post*. ISSN 0190-8286 (https://search.worldcat.org/issn/0190-8286). Retrieved June 5, 2021.
49. "Nigerians on Twitter react to Nigeria's Twitter suspension" (https://www.aljazeera.com/news/2021/6/4/nigerian-twitter-users-blast-govt-ban-of-social-media-giant). *Aljazeera.com*. Retrieved June 5, 2021.
50. "Twitter blocked in Nigeria after deleting a tweet by its president" (https://www.theverge.com/2021/6/5/22520166/twitter-suspended-nigeria-delete-tweet-president-violate-rules). *Theverge.com*. June 5, 2021. Retrieved June 6, 2021.
51. "Nigeria's Twitter ban: Government orders prosecution of violators" (https://www.bbc.com/news/world-africa-57368535). *BBC News*. June 6, 2021. Retrieved June 7, 2021.
52. "BREAKING: FG suspends Twitter's operations in Nigeria" (https://theinformant247.com/breaking-fg-suspends-twitters-operations-in-nigeria/). *The Informant247*. Kwara, Nigeria. June 4, 2021. Retrieved September 28, 2021.
53. "Pakistan says it blocked social media platform X over 'national security' " (https://www.aljazeera.com/news/2024/4/17/pakistan-says-it-blocked-social-media-platform-x-over-national-security). *Al Jazeera*. April 17, 2024. Retrieved May 15, 2024.
54. Aziz, Farieha (April 25, 2024). "The ministry of (dis)information and the ban on X" (https://www.dawn.com/news/1828972). *dawn.com*. Retrieved June 9, 2024.
55. "Sindh High Court orders unblocking of social media platform X in Pakistan" (https://www.canadianlawyermag.com/news/international/sindh-high-court-orders-unblocking-of-social-media-platform-x-in-pakistan/384116). *Canadianlawyermag.com*. Retrieved May 15, 2024.
56. "X working with Pakistan govt to 'understand concerns' over ban" (https://www.france24.com/en/live-news/20240418-x-working-with-pakistan-govt-to-understand-concerns-over-ban). *France 24*. April 18, 2024. Retrieved May 15, 2024.
57. "Pakistan official admits involvement in rigging election results" (https://www.aljazeera.com/news/2024/2/17/pakistan-official-admits-involvement-in-rigging-election-results). *Al Jazeera*. Retrieved May 15, 2024.

58. "Key Ally of Pakistan's Prime Minister Demands End to Ban on X, Formerly Twitter" (https://thediplomat.com/2024/04/key-ally-of-pakistans-prime-minister-demands-end-to-ban-on-x-formerly-twitter/). *Thediplomat.com*. Retrieved May 15, 2024.
59. @netblocks (March 5, 2024). "NetBlocks' official Tweet (1)" (https://twitter.com/netblocks/status/1765034456509710734) (Tweet) – via X (formerly Twitter).

    @netblocks (February 24, 2024). "NetBlocks' official Tweet (2)" (https://twitter.com/netblocks/status/1761436365387104516) (Tweet) – via X (formerly Twitter).
60. Baig, Asad (April 27, 2024). "Censorship and disinformation" (https://www.dawn.com/news/1829946). *dawn.com*. Retrieved May 15, 2024.
61. "X now accessible in Pakistan without VPN, say users" (https://tribune.com.pk/story/2544463/access-to-x-partially-restored-in-pakistan). *The Express Tribune*. May 7, 2025. Retrieved May 7, 2025.
62. "Pakistan lifted Ban on X (Twitter) after mid-night Indian strikes?" (https://pakobserver.net/pakistan-lifted-ban-on-x-twitter-after-mid-night-indian-strikes/). *Pakistan Observer*. May 7, 2025. Retrieved May 7, 2025.
63. "Internet disrupted in Tanzania on eve of general elections" (https://netblocks.org/reports/internet-disrupted-in-tanzania-on-eve-of-presidential-elections-oy9abny3). *NetBlocks*. October 27, 2020.
64. "Internet throttling, SMS blocking in days leading up to election in Tanzania" (https://globalvoices.org/2020/10/27/internet-throttling-sms-blocking-in-days-leading-up-to-election-in-tanzania/). *Global Voices*. October 27, 2020.
65. "Tanzania Restricts Social Media" (https://www.dw.com/en/tanzania-restricts-social-media-during-election/a-55433057). October 29, 2020. Retrieved September 20, 2020.
66. "Twitter website 'blocked' in Turkey" (https://www.bbc.com/news/world-europe-26677134). *BBC News*. March 21, 2014. Archived (https://web.archive.org/web/20180316182729/http://www.bbc.com/news/world-europe-26677134) from the original on March 16, 2018. Retrieved September 1, 2024.
67. "Turkish court suspends government ban on Twitter" (https://www.france24.com/en/20140326-turkish-court-suspends-government-ban-twitter-hurriyet). *France 24*. March 26, 2014. Retrieved August 4, 2026.
68. "Turkey Twitter ban: Constitutional court rules illegal" (https://www.bbc.com/news/world-europe-26849941). BBC News. April 2, 2014. Archived (https://web.archive.org/web/20140404164811/http://www.bbc.com/news/world-europe-26849941) from the original on April 4, 2014. Retrieved April 2, 2014.
69. "#BBCtrending: Turkey's Twitter block 'lifted' " (https://www.bbc.com/news/blogs-trending-2687622). *BBC News*. April 3, 2014. Retrieved April 3, 2014.
70. Belanger, Ashley (February 8, 2023). "Twitter restrictions in Turkey unprecedented during a natural disaster, org says" (https://arstechnica.com/tech-policy/2023/02/turkey-govt-blocking-twitter-access-hampering-earthquake-rescue-org-suggests/). *ArsTechnica*. Retrieved February 8, 2023.
71. "Uzbekistan Restricts Access To Several Social Media Sites" (https://www.rferl.org/a/uzbekistan-restricts-social-media/31339492.html). *RadioFreeEurope/RadioLiberty*. March 7, 2021.
72. "Uzbekistan unblocks, re-blocks popular social media amid TikTok talks" (https://eurasianet.org/uzbekistan-unblocks-re-blocks-popular-social-media-amid-tiktok-talks). *eurasianet*. March 17, 2022.
73. "Twitter unblocked in Uzbekistan" (https://eurasianet.org/twitter-unblocked-in-uzbekistan). *eurasianet*. August 2, 2022. Archived (https://web.archive.org/web/20220809071145/https://eurasianet.org/twitter-unblocked-in-uzbekistan) from the original on August 9, 2022. Retrieved October 4, 2023.
74. BBC Monitoring (2024). "Venezuelan president bans X for 10 days over Musk row" (https://www.bbc.com/news/articles/c5ypx0p84rgo). *BBC News*. Archived (https://web.archive.org/web/20240809083615/https://www.bbc.com/news/articles/c5ypx0p84rgo) from the original on August 9, 2024. Retrieved August 9, 2024.
75. Maza, Jesús (August 23, 2024). "Nicolás Maduro extiende el bloqueo de la red social X en Venezuela de forma indefinida" (https://larepublica.pe/mundo/venezuela/2024/08/20/nicolas-maduro-extiende-el-bloqueo-de-la-red-social-x-en-venezuela-de-forma-indefinida-elon-musk-lrtmv-686820). *La República* (in Spanish). Retrieved August 30, 2024.
76. "Venezuelans regain access to social network X, ending Maduro's yearlong block" (https://www.cp24.com/news/world/2026/01/14/venezuelans-regain-access-to-social-network-x-ending-maduros-yearlong-block/). *CP24*. Retrieved February 8, 2026.


---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Censorship_of_X&oldid=1367645792"

≡ TIME SUBSCRIBE

Introducing the 2026 TIME Executives of the Year: Tech and Data
VIEW MORE ›

BUSINESS + TECH +

# These Are the Countries Where Twitter, Facebook and TikTok Are Banned

ADD TIME ON GOOGLE




Protesters hold banners during civil demonstration at the Gani Fahweyinmi Park, Ojota district of Lagos, Nigeria on 12 June 2021 over what some have criticized as bad governance and insecurity, as well as the Twitter ban by the current government of President Muhammadu Buhari. *Olukayode Jaiyeola/NurPhoto —Getty Images*

by Eloise Barry

JAN 18, 2022 11:08 AM PT

Twitter users in Nigeria were allowed to access the platform for the first time in seven months last week, after the government there reversed its controversial ban on the social media site.

Nigeria's government ordered telecom companies to block access to the site in June, after Twitter removed a tweet by President Muhammadu Buhari seen to be inciting ethnic violence, for breaching its "abusive behavior" policy. The administration retaliated agair the social media platform, which is widely used by journalists and activists in the countr, blocking the site from its mobile networks and condemning what it called "activities that are capable of undermining Nigeria's corporate existence" on the platform.

Nigeria lifted the ban on Jan. 13 after it secured Twitter's commitment to opening a local office, appointing a head for its business in the country and paying domestic taxes. Months before the ban, Twitter chose Ghana as the location of its first African office, overlooking the continent's biggest market, Nigeria.

While Nigerians can now access Twitter without using a virtual private network (VPN), a number of other countries continue to block access to mainstream social media sites.

## China

Meta-owned Facebook and Twitter have been blocked in China since 2009, as part of a government crackdown against activists following deadly riots in Xinjiang province. China's restriction of foreign media platforms and censorship of non-governmental material has been dubbed the Great Firewall of China. Meta's messaging platform Whatsapp and its photo- and video-sharing app Instagram are also blocked.

WeChat, a multi-purpose messaging system developed by Tencent, is the widely used alternative in China. The app has been subsidized by the government since its creation in 2011, and is obliged to share users' data with the state. WeChat has a monopoly on user data, including mini-apps to pay bills, book doctors appointments and file police reports. In 2017, WeChat unveiled plans for virtual ID cards that would be recognized by the state.

Although video-sharing app TikTok was developed by Chinese company Bytedance, it is not available in China. Instead users can download a twin app, Douyin, which was also developed by Bytedance. Douyin features restrictions such as blocks on international content and limits on children's usage. The Chinese state owns a stake in the Bytedance subsidiary that controls its domestic Chinese social media and information platforms.

## India

When TikTok launched in India in 2016, the country became one of Bytedance's biggest markets outside of China: Data published in April 2020 showed that 30% of TikTok's downloads came from India. The app supported multiple regional languages, making it accessible to many people in the country.

However, in June 2020 the Indian government banned TikTok, along with 58 other mobile apps, citing "activities…prejudicial to sovereignty and integrity of India, defence of India, security of state and public order." The move was seen as retaliation by the Indian government to clashes between Indian and Chinese forces at the Himalayan border. Chinese app WeChat was also blocked. ByteDance has scaled down its Indian operations, essentially withdrawing from the country since the ban.

## Iran

Facebook and Twitter have been banned in Iran since 2009 amid disputed elections and mass protests, limiting public government opposition. Some users have learned to bypass the blocks by using a VPN. However, proposed legislation could criminalize VPNs, require IDs to access the internet, and give security agencies control of the web. In 2020, Iran

announced it was working with China to create a national Iranian internet, possibly introducing similar controls to the Great Firewall of China.

In January 2021, Twitter blocked an account some believe to be linked to Iran's Supreme Leader, Ayatollah Ali Khamenei, which made a threat towards Donald Trump. Khamenei himself has an official Twitter page.

## North Korea

North Korea officially blocked Facebook and Twitter in 2016, and announced that anyone trying to access them in an "improper" way or distribute "anti-republic data" from them would be punished.

Prior to the ban, few North Koreans had access to the worldwide web, and most were limited to a government-controlled intranet. The official blocking of social media websites mostly affected foreigners from posting information from North Korea to the wider world.

## Turkmenistan

The ex-Soviet Central Asian state bans Western social media platforms as well as popular Russian networks. In addition to blocking Facebook and Twitter, Turkmenistan, which is largely Muslim, asks citizens to swear on the Quran when signing up for a home internet connection that they will not access VPNs. Students are asked to sign statements pledging not to use the internet to access banned sites.

The TIME Vault
TIME Africa
TIME France
TIME For Kids
TIME Futures
TIME Studios
Video
Red Border
Supplied Partner Content

## About Us

Our Mission
Contact the Editors
Press Room
Media Kit
Reprints & Permissions
Masthead
Careers
Site Map
Modern Slavery Statement

## Your Subscriptions

Subscribe
Access My Digital Magazine
Manage My Subscription
Global Help Center
Buy an Issue
Shop the Cover Store
Give a Gift

© 2026 TIME USA, LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Do Not Sell or Share My Personal Information.

TIME may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

expatriate GROUP

Get Quote

Back




# What Social Media is Allowed in China?

18th September, 2025 in Moving Abroad, Expat Advice, Studying & Working Abroad – 3m read

If you are an expat, traveller, or business professional moving to China, you'll quickly discover that the country has a unique digital landscape when it comes to online communication. While the rest of the world uses platforms like Facebook, Instagram, X (formerly Twitter), and WhatsApp, these are part of the banned social media in China. This restriction is due to the China ban on social media platforms that do not comply with local regulations.

So, what does this mean for those living or working in the country? Let's explore the social media in China, the platforms blocked, and the alternatives that dominate the digital space.

## Why is social media banned in China?

The China ban on social media is rooted in the government's desire to maintain control over information flow within its borders. By restricting foreign platforms, China ensures that online content complies with local censorship laws and cultural standards. This allows the government to monitor conversations more effectively, limit the spread of content considered politically sensitive, and support the growth of domestic platforms. For expats, this means adjusting to a very different online environment compared to what they may be used to at home.

## Social media blocked in China

The "Great Firewall" is the term used to describe China's strict internet regulations. This includes restrictions on foreign websites and apps. Here are some of the major social media blocked in China:

GET HELP

expatriate GROUP

Get Quote

- X (Twitter)
- WhatsApp
- Snapchat
- YouTube
- Reddit
- Pinterest

This China ban on social media platforms affects both residents and expats, making it essential to understand the alternatives available.

## What social media is popular in China?

Despite the restrictions, there are thriving Chinese alternatives. These China popular social media platforms are not only permitted but heavily used across the country:

- **WeChat (Weixin)**: The most widely used app in China, combining messaging, payments, news, shopping, and more.
- **Weibo**: Often compared to Twitter, this microblogging site is where trending topics and news break.
- **Douyin**: The original Chinese version of TikTok, featuring short-form video content.
- **Bilibili**: A platform popular with younger audiences for video content, streaming, and gaming communities.
- **Xiaohongshu (Little Red Book)**: A lifestyle and shopping platform, blending social media with e-commerce.
- **QQ**: An older but still popular messaging and social networking app.

These platforms dominate the social media in China space and are essential for communication, networking, and entertainment.

## Can you access banned social media in China?

Many expats use Virtual Private Networks (VPNs) to bypass the social media blocked in China. While VPNs may provide access to platforms like Facebook or Instagram, their legality and effectiveness vary. The safest option for long-term living is to embrace China popular social media platforms to stay connected locally.

## Expat life and social media in China

For expats, understanding the digital landscape in China is just as important as navigating healthcare, visas, and housing. The China ban on social media means you'll need to adapt to different apps and platforms. Fortunately, social media in China offers dynamic and innovative alternatives that make it possible to stay connected both socially and professionally.

At Expatriate Group, we understand the challenges of living abroad. From adapting to new cultures to securing reliable international health insurance, we're here to support you every step

expatriate GROUP

Get Quote

Previous

Next

## Latest Expat News

Can I Move to Gibraltar as a British Citizen?
September 7, 2026

---

Who Do You Need to Notify When You Move Abroad?
September 7, 2026

---

What Countries Have the Quickest Visa Approval Times?
August 17, 2026

---

How to Get Spanish Citizenship as an Expat
August 14, 2026

---

The Best Hospitals in the World 2026
August 12, 2026

---

## Country Guides



View all Country Guides →

## Stay Connected

## Related News





expatriate GROUP

Get Quote

Can I Move to Gibraltar as a British Citizen?
September 7, 2026
Read more →

Who Do You Need to Notify When You Move Abroad?
September 7, 2026
Read more →



What Countries Have the Quickest Visa Approval Times?
August 17, 2026
Read more →



How to Get Spanish Citizenship as an Expat
August 14, 2026
Read more →

**UK Office**
BP Business Centre
Little High St
Shoreham-by-Sea
BN43 5EG
United Kingdom

**EU Office**
SIB (Cyprus) Limited
Androkleous 19a
1061 Nicosia
Cyprus

**Asia Office**
D4-6-9 Solaris Dutamas,
Jalan Dutamas 1,
50480, Kuala Lumpur,
Malaysia

**Registered Address**
35 Ballards Lane,
London, N3 1XW,
United Kingdom

**Get in Touch**
Tel: +44 (0)20 3551 6634 (UK)
Tel: +60 (0)3 2708 1320 (MY)
Fax: +44 (0)20 8079 1105
Email: info@expatriategroup.com

**Office Times**
9AM MYT – 5PM GMT / 1AM UTC – 5PM UTC

**iPMI**
International Health Insurance
Working Abroad Insurance

expatriate GROUP

Get Quote

Digital Nomad Health Insurance
iPMI for Students
Corporate Health Insurance

**Treatment**

International Optical Cover
International Dental Insurance
International Maternity Cover
Expat GP & Outpatient Cover
Expat Cancer Insurance
Expat Hospital Cover

**Travel Insurance**

Expat Travel Insurance
Travel Medical Insurance
Non-Resident Travel Insurance
One-Way Travel Insurance
Single Trip Travel Insurance
Annual Travel Insurance
Business Travel Insurance
Over 60 Travel Insurance
Couples Travel Insurance
Winter Sports Travel Insurance
Golf Travel Insurance
Over 50 Travel Insurance
Under 18 Travel Insurance

**Other Products**

Life Insurance
Income Protection

expatriate GROUP

VISA mastercard AMERICAN EXPRESS PayPal

**Useful Links**

The Retirement Abroad Index 2026
FAQs Hub
Become a Broker
About Us
Underwriters
Hospital List
Privacy Notice
Downloads

expatriate GROUP

Get Quote

Expatriate Group & Expatriate Healthcare are trading styles of Strategic Insurance Services Limited

Non-European Union resident policies are sold by Strategic Insurance Services Limited (SISL). SISL is authorised and regulated by the Financial Conduct Authority (FCA) in the United Kingdom. FCA Firm Reference Number is 307133. SISL is authorised to carry on Regulated Activities in accordance with the permissions granted by the FCA under PART IV of the Financial Services and Markets ACT 2000. Address: Delmon House, 36-38 Church Road, Burgess Hill RH15 9AE, United Kingdom.

European Union resident policies are sold by Strategic Insurance Brokers (Cyprus) Ltd (SIBC). Company Number: HE394431. SIBC is authorised and regulated by the Cypriot Insurance Superintendent, per Authorization Number: 7255. Address: Androkleous 19a, 1061 Nicosia, Cyprus.

Strategic Insurance Services Limited is part of the Specialist Risk Group (SRG), one of the fastest-growing groups of insurance intermediaries in the UK, placing £1.6 BN of premium into the Global insurance market. SRG brings together individuals and businesses from across the world with a plethora of UK and international broking and underwriting specialisms, serving more than 120,000 clients.

SRG Specialist Risk Group

For more information about how we use and disclose your personal information, your rights under data protection law and who you can contact, please refer to our privacy notice.

Visit the Specialist Risk Group website    Anti-Fraud Statement    Modern Slavery Statement    Whistleblowing Facility

SRG Privacy Policy

2026 Expatriate Group. All Rights Reserved.