United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF CHAU KWAN FEI,

Case No. 26-mc-80291-SVK

**ORDER FOR SERVICE OF AND RESPONSE TO EX PARTE APPLICATION**

**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION**

Re: Dkt. No. 1

Chau Kwan Fei ("Applicant") has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents on X Corp. in connection with an imminent civil proceeding in the People's Republic of China. Dkt. 1. Where "the only relief sought" in a federal action is "court-ordered discovery," such as in a "freestanding subpoena request" pursuant to 28 U.S.C. § 1782, a "ruling on such a request necessarily disposes of the ultimate relief sought in the federal request" and is a "dispositive matter." *CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807-08 (9th Cir. 2022). Thus, the Court **ORDERS** as follows:

1. Applicant must serve X Corp. with a copy of this Order and the ex parte application (including the accompanying declarations, see Dkts. 1-1, 1-2, 1-3) **no later than October 13, 2026** and file a proof of service promptly after service is completed.
2. Any response by X Corp. to the application is due by **November 3, 2026**.
3. Applicant and X Corp. may consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). **Consent or declination shall be due no later than 7 days from X Corp.'s appearance in this action**. *See CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801 (9th Cir. 2022). The United States District Court for the Northern

District of California maintains a standard form for parties to complete in cases assigned to a magistrate judge: https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/Notice_of_MJ_Assignment_Election_Form.pdf Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). If this Court does not receive the consent of both parties by the deadline, the matter will be reassigned to a district judge.

**SO ORDERED.**

Dated: September 29, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California